

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-84,598-01

**EX PARTE JUSTIN CAIN TOLAR, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 22938 IN THE 258TH DISTRICT COURT
### FROM POLK COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of credit card abuse and sentenced to twenty years' imprisonment. The Ninth Court of Appeals affirmed his conviction. *Tolar v. State*, No. 09-13-00482-CR (Tex. App.—Beaumont April 1, 2015).

Applicant contends that he was denied the right to file a *pro se* petition for discretionary review because he not received timely notice that his conviction had been affirmed. Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court has entered

findings of fact and conclusions of law that Applicant did not receive timely notice of the appellate court's decision.  The trial court recommends that relief be granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2003).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Ninth Court of Appeals in Cause No. 09-13-00482-CR that affirmed his conviction in Cause No. 22938 from the 258th District Court of Polk County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: March 2, 2016
Do not publish